IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBORAH BULL

v.   :   Civil No. WMN-98-1027

BERNICE DATTLEBAUM, et al.

### ORDER

This Court has been advised by the parties that the above action has been submitted to binding arbitration and that no further proceedings in this forum will be necessary. Accordingly, it is this 10th day of November, 1999, by the United States District Court for the District of Maryland ORDERED that:

This action is hereby ADMINISTRATIVELY CLOSED. Any party may move to reopen this action within 120 days of the date of this Order, for good cause shown. If no party moves to reopen, the case will be dismissed, with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail or transmit copies of this Order to counsel of record.

William M. Nickerson
United States District Judge