UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBORAH BULL     *

    Plaintiff     *

v.     *     CIVIL NO: WMN-98-1027

BERNICE DATTLEBAUM, et al.     *

    Defendants     *

    *    *    *    *    *

**ORDER**

This Court hereby amends its Order of November 10, 1999 as follows:

This action is hereby administratively closed. Any party may move to reopen this action prior to November 14, 2000, for good cause shown. If no party moves to reopen, the case will be dismissed, with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail or transmit copies of this Order to counsel of record.

_____ 1/10/00
William M. Nickerson
United States District Judge